IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CEDRIC L. BRYANT,**
    Petitioner,

vs.                                        Case No. 4:07cv430/MMP/MD

**WALTER A. MCNEIL,**[1]
    Respondent.
_____

**ORDER and**
**REPORT AND RECOMMENDATION**

    This cause is before the court upon petitioner filing a notice of voluntary dismissal. (Doc. 16). Petitioner commenced this action on October 5, 2007 by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). On March 21, 2008 respondent filed a motion to dismiss the petition as time-barred. (Doc. 13). Petitioner responded in opposition to the motion. (Doc. 15). Petitioner has now filed a notice of voluntary dismissal conceding that the petition is time-barred, and stating that dismissal is in the best interests of all parties and will conserve judicial time and resources. (Doc. 16).

    Rule 41 of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the opposing party serves either an answer or a motion for summary judgment. FED.R.CIV.P. Rule 41(a)(1)(A). Since the respondent has not yet served an answer, petitioner is automatically entitled to take a voluntary dismissal at this time.

---

[1] Walter A. McNeil succeeded James R. McDonough as Secretary of the Florida Department of Corrections, and is automatically substituted as the respondent. Fed.R.Civ.P. 25(d)(1).

Accordingly, it is ORDERED:

The clerk shall change the docket to reflect that Walter A. McNeil has been substituted as respondent in this cause.

And it is respectfully RECOMMENDED:

That the petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in *State of Florida v. Cedric L. Bryant*, in the Circuit Court of Leon County, Florida, case number 98-2230 be DISMISSED and the clerk be directed to close the file.

At Pensacola, Florida this 30th day of April, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).