IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CEDRIC L BRYANT,

    Petitioner,

v.                                           CASE NO. 4:07-cv-00430-MP-MD

JAMES R MCDONOUGH,
WALTER A MCNEIL,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 17, the Report and Recommendation of the Magistrate Judge, recommending that the Notice of Voluntary Dismissal by the Petitioner (doc. 16) be accepted and this case dismissed. The Plaintiff did not object.

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  _18th_  day of June, 2008

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge